# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address David E. Ciambruschini, Chief Deputy

September 24, 2026

Nicholas Z. Heard
3026 New Oak Lane
Bowie, MD 20716

RE: Heard v. Washington Metropolitan Area Transit Authority et al
8:26-cv-03732-LKG

Dear Counsel/Party:

The above-captioned case has been transferred or removed from Circuit Court for Prince Goerge's County, MD to this Court and assigned the above case number. The case is subject to this Court's electronic filing requirements and procedures.

Sincerely,
/s/
Catherine M. Stavlas, Clerk

cc: All counsel/parties

Removal Notification Letter (03/2014)